UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION    21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

# RETURN OF SERVICE

| | DATE 11/20/06 |
|---|---|
| Service of the Summons and Complaints[1] was made by me[2] | |
| NAME OF SERVER (PRINT) BRIAN CROSBY | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Andrew Gibbs
Cozen O'Connor
1 Newark Center, Suite 1900
Newark, NJ 07102-

For the following Defendant(s):

TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; AND TISHMAN CONSTRUCTION CORPORATION OF NEW YORK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/20/06
         Date

Signature of Server

115 Bway, NYC 10006
Address of Server

*Betsy Barranco*

BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__

---
[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





207  254  54  50



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11813 | Myriam Acevedo | 06CV11616 | 10/19/2006 |
| 11478 | Richard Agugliaro (and Wife, Loretta A Agugliaro) | 06CV11617 | 10/19/2006 |
| 2881 | John Ahearn (and Wife, Barbara Ahearn) | 06CV11618 | 10/19/2006 |
| 11798 | Brian Ahern | 06CV11619 | 10/19/2006 |
| 12285 | Angel Alejandro | 06CV11783 | 10/19/2006 |
| 9759 | Kelvin Alexander (and Wife, Denise E Alexander) | 06CV11620 | 10/19/2006 |
| 8808 | Michelle Alleyne | 06CV11621 | 10/19/2006 |
| 9120 | George Andrusyshyn (and Wife, Diana Andrusyshyn) | 06CV11622 | 10/19/2006 |
| 12469 | Ernest Anemone (and Wife, Patricia Anemone) | 06CV11623 | 10/19/2006 |
| 8203 | Frankie Aviles (and Wife, Mary Aviles) | 06CV11624 | 10/19/2006 |
| 12322 | Jason Ayala (and Wife, Seyra B Ayala) | 06CV11625 | 10/19/2006 |
| 9307 | James Baratta | 06CV11626 | 10/19/2006 |
| 8708 | Michael Bassano (and Wife, Christine Bassano) | 06CV11627 | 10/19/2006 |
| 1385 | Spiro Batsedis | 06CV11628 | 10/19/2006 |
| 7953 | Bernice Bolden | 06CV11629 | 10/19/2006 |
| 8219 | Milton Brooks (and Wife, Aurora Brooks) | 06cv11750 | 10/19/2006 |
| 9588 | Carlton Bruce | 06CV11630 | 10/19/2006 |
| 9242 | Donald Bruce (and Wife, Dana Bruce) | 06CV11631 | 10/19/2006 |
| 11218 | Raymond Bryan (and Wife, Sheila Bryan) | 06CV11632 | 10/19/2006 |
| 7999 | Herman Bryant | 06cv11751 | 10/19/2006 |
| 11842 | Walter Butler | 06CV11633 | 10/19/2006 |
| 10235 | Arnold Campbell (and Wife, Nadine Campbell) | 06CV11634 | 10/19/2006 |
| 11198 | James Camus (and Wife, Susan Camus) | 06CV11635 | 10/19/2006 |
| 9245 | Darlene Canino | 06CV11636 | 10/19/2006 |
| 2462 | Lionel Canton | 06CV11637 | 10/19/2006 |
| 11681 | Yvette Carabello | 06CV11638 | 10/19/2006 |
| 9842 | Regina Cervantes | 06CV11639 | 10/19/2006 |
| 7100 | Patricia Chever | 06cv11752 | 10/19/2006 |
| 7802 | Danielle Clemons | 06CV11640 | 10/19/2006 |
| 3553 | Nicholas Colantino (and Wife, Christine Berry) | 06CV11641 | 10/19/2006 |
| 12551 | Heriberto Collazo (and Wife, Dawn M Collazo) | 06cv11753 | 10/19/2006 |
| 11271 | Robert J Conklin | 06CV11642 | 10/19/2006 |
| 8237 | Kevin Conroy | 06CV11643 | 10/19/2006 |
| 1788 | Sean Cook | 06CV11644 | 10/19/2006 |
| 12478 | Brian Cooney | 06CV11645 | 10/19/2006 |
| 9586 | Kevin Cooper (and Wife, Anne Marie Cooper) | 06CV11646 | 10/19/2006 |
| 13200 | Daniel Corcoran | 06cv11754 | 10/19/2006 |
| 9849 | Mark Corrao (and Wife, Karen Corrao) | 06cv11755 | 10/19/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9312 | Francisco Cortes | 06CV11647 | 10/19/2006 |
| 9632 | David Courtien | 06CV11648 | 10/19/2006 |
| 9608 | Timothy Coyle | 06CV11649 | 10/19/2006 |
| 9688 | Hernan Cruz | 06CV11650 | 10/19/2006 |
| 4374 | Andrew Cullimore (and Wife, Stephanie Cullimore) | 06CV11651 | 10/19/2006 |
| 12281 | Joseph Cumberbatch (and Wife, Zuricka Cumberbatch) | 06CV11652 | 10/19/2006 |
| 10175 | Brian Curran (and Wife, Janine Curran) | 06CV11653 | 10/19/2006 |
| 11138 | Daniel Dewitt (and Wife, Lauren Dewitt) | 06CV11654 | 10/19/2006 |
| 8934 | Steven DiGiaro (and Wife, Patricia DiGiaro) | 06CV11655 | 10/19/2006 |
| 3355 | David Dominguez (and Wife, Catherine Dominguez) | 06CV11656 | 10/19/2006 |
| 11019 | Ronald Dorcean (and Wife, Donna Dorcean) | 06CV11657 | 10/19/2006 |
| 10300 | Cornelius Douglas (and Wife, Bridget K Douglas) | 06cv11756 | 10/19/2006 |
| 10254 | Alex Dubinsky (and Wife, G Dubinsky) | 06CV11658 | 10/19/2006 |
| 12237 | Tanya Duharey-Sanduro (and Husband, Alfred Sanduro) | 06cv11757 | 10/19/2006 |
| 7626 | John Ercelle | 06CV11659 | 10/19/2006 |
| 10246 | Michael Ewart (and Wife, Lizebeth Ewart) | 06CV11660 | 10/19/2006 |
| 1752 | Joseph Failla | 06cv8211 | 10/2/2006 |
| 9510 | James Fallar | 06cv11758 | 10/19/2006 |
| 11965 | Afzal Fazal (and Wife, Farzama Fazal) | 06cv11662 | 10/19/2006 |
| 4403 | Aldo Feliciano (and Wife, Amy Feliciano) | 06cv11663 | 10/19/2006 |
| 10428 | Marcial A Feliu | 06CV11784 | 10/19/2006 |
| 4596 | Louis Femia (and Husband, Doreen Femia) | 06cv11759 | 10/19/2006 |
| 10963 | Anthony Ferrone (and Wife, Dina Ferrone) | 06cv11760 | 10/19/2006 |
| 10539 | Victor Fiabane | 06cv11664 | 10/19/2006 |
| 11369 | Pia Filosa | 06cv11761 | 10/19/2006 |
| 10552 | Andrew Finn (and Wife, Phyllis Finn) | 06cv11665 | 10/19/2006 |
| 2770 | James Finn (and Wife, Denise M Finn) | 06cv11666 | 10/19/2006 |
| 2628 | Thomas Flannery (and Wife, Mary Flannery) | 06cv11667 | 10/19/2006 |
| 3525 | Pauline Fletcher (and Husband, Osceola Fletcher) | 06cv11668 | 10/19/2006 |
| 8848 | Nicholas Flores | 06cv11669 | 10/19/2006 |
| 10725 | Christine Forture | 06cv11670 | 10/19/2006 |
| 2166 | Shatonn Fowler | 06cv11671 | 10/19/2006 |
| 11121 | Vladimir Francisco | 06cv11762 | 10/19/2006 |
| 12225 | Marcy Garcia (and Husband, Louis Garcia) | 06cv11672 | 10/19/2006 |
| 11372 | Frank Gato (and Wife, Cynthia Gato) | 06cv11673 | 10/19/2006 |
| 10356 | Edward Geary (and Wife, Allyson J Geary) | 06cv11674 | 10/19/2006 |
| 9313 | James Geissler (and Wife, Daniela Geissler) | 06cv11675 | 10/19/2006 |
| 4455 | Samuel T Giamo (and Wife, Rosemary Giamo) | 06cv11676 | 10/19/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 9236 | Thomas Giamportone | 06cv11677 | 10/19/2006 |
| 6599 | Gary Giarraputo | 06cv11678 | 10/19/2006 |
| 6521 | Sean Gibbons (and Wife, Lori Gibbons) | 06cv11679 | 10/19/2006 |
| 8587 | Giuseppe Giuca | 06cv11680 | 10/19/2006 |
| 3831 | Robert Giuglianotti (and Wife, Janet Giuglianotti) | 06cv11681 | 10/19/2006 |
| 2416 | Jerome Gnall (and Wife, Patricia Gnall) | 06cv11682 | 10/19/2006 |
| 11582 | James Graf | 06CV11683 | 10/19/2006 |
| 9267 | David Griffiths (and Wife, Cynthia Griffiths) | 06CV11684 | 10/19/2006 |
| 12323 | John Groh (and Wife, Carole Groh) | 06CV11685 | 10/19/2006 |
| 10741 | Michael Guido (and Wife, Denise M Guido) | 06CV11686 | 10/19/2006 |
| 4404 | Joseph Guiney (and Wife, Juliana A Guiney) | 06cv11763 | 10/19/2006 |
| 11178 | Peter Gustamacchia (and Wife, Maria Guastamacchia) | 06CV11687 | 10/19/2006 |
| 12473 | Kenneth Hagel (and Wife, Stephany Hagel) | 06CV11688 | 10/19/2006 |
| 12037 | Tonia Hall-wilson (and Husband, Henry Wilson) | 06CV11689 | 10/19/2006 |
| 9271 | Thomas Hanley (and Wife, Bonnie Hanley) | 06CV11690 | 10/19/2006 |
| 3898 | Joseph Harnischfeger | 06CV11691 | 10/19/2006 |
| 3083 | Michael J Harrington (and Wife, Jill ' Harrington) | 06CV11692 | 10/19/2006 |
| 501 | Karl Healy (and Wife, Sharon Healy) | 06CV11693 | 10/19/2006 |
| 6625 | William Howley (and Wife, Mary T McDermott) | 06CV11694 | 10/19/2006 |
| 12297 | Frank Hubert | 06CV11695 | 10/19/2006 |
| 1777 | Larry Hughes (and Wife, Yvette Hughes) | O6CV11696 | 10/19/2006 |
| 1693 | William Hunter (and Wife, Desirae Hunter) | 06CV11697 | 10/19/2006 |
| 12046 | Rshaun Jenkins | 06CV11698 | 10/19/2006 |
| 6954 | David Jensen | 06cv11764 | 10/19/2006 |
| 2873 | Gregory John (and Wife, Karen John) | 06CV11699 | 10/19/2006 |
| 2969 | James Jones | 06CV11700 | 10/19/2006 |
| 12130 | Constantine Kaloudalais | 06CV11701 | 10/19/2006 |
| 9883 | Jeffrey Katz | 06cv11765 | 10/19/2006 |
| 3866 | Kevin Kerrigan (and Wife, Christine Kerrigan) | 06CV11702 | 10/19/2006 |
| 9893 | Michael Kinna | 06CV11785 | 10/19/2006 |
| 12406 | Joy Klapal (and Husband, Richard Klapal) | 06cv11703 | 10/19/2006 |
| 8673 | Ronnie Lanham | 06cv11704 | 10/19/2006 |
| 12474 | John Lantino (and Wife, AnnaMaria ) | 06cv11766 | 10/19/2006 |
| 2475 | Cary Leibowitz (and Wife, Beth Leibowitz) | 06cv11705 | 10/19/2006 |
| 11766 | Andy Lewis (and Wife, Ana Lewis) | 06cv11767 | 10/19/2006 |
| 4662 | John A Lichota (and Wife, Brigid E Lichota) | 06cv11706 | 10/19/2006 |
| 12072 | Brenda Lockhart-Rivera | 06cv11768 | 10/19/2006 |
| 2862 | Alfonse Lombardo (and Wife, Catherine Lombardo) | 06cv11769 | 10/19/2006 |

# Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11678 | Felix Lopez | 06cv11770 | 10/19/2006 |
| 2471 | Walter Lubkemeier (and Wife, Marilyn Rivera) | 06cv11707 | 10/19/2006 |
| 8053 | Dexton Mahoney (and Wife, Anette Mahoney) | 06cv11708 | 10/19/2006 |
| 2408 | Robert Mahoney (and Wife, Frances J Mahoney) | 06cv11709 | 10/19/2006 |
| 8621 | Scott Malkoff (and Wife, Irina Malkoff) | 06ccv11710 | 10/19/2006 |
| 11439 | Conrad Mallien | 06cv11771 | 10/19/2006 |
| 11832 | Raymond Marks (and Wife, Maryann Marks) | 06cv11711 | 10/19/2006 |
| 10234 | Darryl Martin (and Wife, Anne Martin) | 06cv11712 | 10/19/2006 |
| 3388 | Augustino Martinello (and Wife, Frances Martiniello) | 06cv11772 | 10/19/2006 |
| 6717 | Trina Mason | 06cv11713 | 10/19/2006 |
| 2797 | Bryan McElwain (and Wife, Felicia McElwain) | 06cv11714 | 10/19/2006 |
| 10900 | Patrick McMahon (and Wife, Michelle McMahon) | 06cv11773 | 10/19/2006 |
| 11755 | John Meyer | 06cv11715 | 10/19/2006 |
| 7863 | Len J Montalto | 06cv11716 | 10/19/2006 |
| 9535 | Douglas Mulholland (and Wife, Denise Mulholland) | 06cv11717 | 10/19/2006 |
| 10489 | Anthony Musarra (and Wife, Claudia P Musarra) | 06CV11786 | 10/19/2006 |
| 8983 | Mimi Netrosio | 06cv11774 | 10/19/2006 |
| 10187 | George Nicoll (and Wife, Margaret Nicoll) | 06cv11718 | 10/19/2006 |
| 10159 | Jeffrey Nuspliger | 06cv11719 | 10/19/2006 |
| 4169 | Denis O'Connor (and Wife, Margret O'Conner) | 06cv11720 | 10/19/2006 |
| 2410 | James O'Hara | 06cv11721 | 10/19/2006 |
| 2345 | Michael O'Loughlin (and Wife, Mary-Catherine O'Loughlin) | 06cv11775 | 10/19/2006 |
| 2911 | Frank Otero (and Wife, Lillian M Otero) | 06cv11722 | 10/19/2006 |
| 12527 | Steven Pambello | 06cv11723 | 10/19/2006 |
| 10199 | Joseph Parella (and Wife, Angelina Parella) | 06CV11789 | 10/19/2006 |
| 1948 | Robert Prinzo (and Wife, Laura Prinzo) | 06cv11724 | 10/19/2006 |
| 8232 | Dino Puzino (and Wife, Antionetta Puzino) | 06CV11725 | 10/19/2006 |
| 10974 | Miguel Ramos (and Wife, Migdalia V Ramos) | 06CV11726 | 10/19/2006 |
| 10438 | Robert Reed (and Wife, Barbara Reed) | 06cv11776 | 10/19/2006 |
| 2265 | Alexander Regruto (and Wife, Doris Elaine Regruto) | 06CV11727 | 10/19/2006 |
| 10616 | Richard Rice (and Wife, Kathleen M Rice) | 06cv11777 | 10/19/2006 |
| 11176 | Vincenzo Romano (and Wife, Dianam Romano) | 06CV11728 | 10/19/2006 |
| 7817 | Richard Rosado (and Wife, Clara Rosado) | 06CV11729 | 10/19/2006 |
| 3903 | Gerard Rosalie (and Wife, Ann-Marie Rosalie) | 06CV11730 | 10/19/2006 |
| 10427 | Braulio Rosario (and Wife, Beatriz Rosario) | 06CV11787 | 10/19/2006 |
| 7846 | Richard Roth (and Wife, Debra Roth) | 06cv11778 | 10/19/2006 |
| 1475 | Oswaldo Ruiz (and Wife, Sandra Ruiz) | 06CV11731 | 10/19/2006 |
| 4316 | James Russo (and Wife, Lucille Russo) | 06CV11732 | 10/19/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 11579 | Pasquale Russo (and Wife, Francis Russo) | 06CV11733 | 10/19/2006 |
| 8524 | Glenda Salazar (and Husband, Luis Salazar) | 06CV11734 | 10/19/2006 |
| 12539 | John Schmitt | 06CV11735 | 10/19/2006 |
| 9292 | Michael Schoonmaker (and Wife, Christine Schoonmaker) | 06CV11736 | 10/19/2006 |
| 7622 | Carlos Semidey | 06CV11737 | 10/19/2006 |
| 2051 | Nicholas Sgaglione (and Wife, Ruth Scaglione) | 06CV11738 | 10/19/2006 |
| 12289 | Matthew Sheehan | 06CV11739 | 10/19/2006 |
| 12304 | Robert Sheehan | 06CV11740 | 10/19/2006 |
| 4317 | Martin J. Slattery (and Wife, Kathleen Slattery) | 06CV11741 | 10/19/2006 |
| 11638 | Moses Torres (and Wife, Ivette M Zelaga) | 06CV11742 | 10/19/2006 |
| 12283 | Andrew Tynio (and Wife, Anna Tynio) | 06cv11743 | 10/19/2006 |
| 12623 | James Varga (and Wife, Aliza Varga) | 06cv11744 | 10/19/2006 |
| 12206 | Ernest Velez (and Wife, Grisele Velez) | 06cv11779 | 10/19/2006 |
| 11039 | Eli Vitrano | 06cv11780 | 10/19/2006 |
| 12489 | Allison Vogt (and Husband, Donald Vogt) | 06cv11781 | 10/19/2006 |
| 12432 | Terrence Williams (and Wife, Ramona Williams) | 06cv11745 | 10/19/2006 |
| 9808 | Paul Worker (and Wife, Joyce Worker) | 06cv11782 | 10/19/2006 |
| 8031 | Thomas Wortmann (and Wife, Maureen Wortman) | 06cv11746 | 10/19/2006 |
| 10475 | Daniel Wright (and Wife, Anita Wright) | 06CV11788 | 10/19/2006 |
| 4012 | Stephen Zaderiko (and Wife, Caroline Zaderiko) | 06cv11747 | 10/19/2006 |
| 1258 | David Zephrine (and Wife, Josephine Zephrine) | 06cv11748 | 10/19/2006 |
| 4408 | Vincent Zupo (and Wife, Joan Zupo) | 06cv11749 | 10/19/2006 |

174

Group: 207    Out: 39    In: 49